AO 442 (Rev. 12/85) Warrant for Arrest

# UNITED STATE DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

UNITED STATES OF AMERICA

VS.

ANGELA RENEE SMITH

**RECEIVED MAR 2 1 2016 U.S. Marshals Service, EDNC**

WARRANT FOR ARREST

CRIMINAL CASE: 5:16-CR-70-3BO(3)

To: The United States Marshal and any Authorized United States Officer. YOU ARE HEREBY COMMANDED to arrest

**ANGELA RENEE SMITH** and he/she shall be brought before the nearest Magistrate/Judge to answer an

__X__ Indictment _____ Superseding Indictment _____ Criminal Information __ Complaint

____ Order of Court: ___ Violation Notice___ Probation Violation Petition charging him/her with violation of___ United States Code, Section:

Count 1 - Conspiracy to distribute and possess with the intent to distribute a quantity of a mixture and substance containing a detectable amount of buprenorphine - 21 U.S.C. §846
Count 5 - Attempt to provide to an inmate of a prison a prohibited object, to wit: buprenorphine; Aiding and abetting - 18 U.S.C. § 1791(a)(1) & (b)(3) & 2
Count 6 - Attempt to provide to an inmate of a prison a prohibited object, to wit: tobacco; Aiding and abetting - 18 U.S.C. § 1791(a)(1) & (b)(5) & 2
Count 8 - Making a false statement - 18 U.S.C. § 1001

Julie Richards Johnston
Name of Issuing Officer

Signature of Issuing Officer by Deputy Clerk

Recommended Bond: DETENTION

Clerk of Court
Title of Issuing Officer

March 16, 2016 - RALEIGH, NORTH CAROLINA
Date and Location

## RETURN

This warrant was received and executed with the arrest of the above named defendant at

Washington, DC

| DATE RECEIVED 3/21/16 | NAME AND TITLE OF ARRESTING OFFICER Michael Bowling, USMS | NAME AND TITLE OF ARRESTING Jon-Wesley Griffin |
|---|---|---|
| DATE OF ARREST 5/2/16 | | |

USMS

FILED

MAY 1 0 2016

JULIE RICHARDS JOHNSTON, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK