PROB 13C
(10/76)

# UNITED STATES DISTRICT COURT

_____EASTERN_____ DISTRICT _____NORTH CAROLINA_____

### Defendant's Waiver of Preparation of Presentence Investigation and Report

I, _____Angela Renee Smith - 5:16-CR-70-3BO_____, hereby waive
(Name of Defendant)
my right to have the probation officers of the United States district courts conduct a presentence investigation for presentation to the sentencing court. This investigation and report which I now forego is for the purpose of obtaining information useful to the court in setting sentence.

I have read, or had read to me, and fully understand the preceding waiver form.

_____Aug. 8, 2016_____  _____Angela Smith_____
(Date)  (Signature of Defendant)

_____August 8, 2016_____  _____W. M._____
(Date)  (Defendant's Attorney)